```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

M.L. PRIVATE FINANCE L.L.C.,        :       08 Civ. 11187 (SHS)

                Plaintiff,    :

        -against-            :       ORDER

HALSEY MCLEAN MINOR, *ET AL.*,      :

                Defendants.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judges.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    For the reasons set forth on the record, plaintiff's motion for a preliminary injunction is denied;

    2.    The temporary restraining order issued by this Court on December 24, 2008, is vacated;

    3.    Plaintiff shall serve and file an amended complaint on or before February 23, 2009;

    4.    The last day for plaintiff to serve and file its answer to the amended complaint is March 10, 2009; and

    5.    There will be a pretrial conference on March 12, 2009, at 4:45 p.m.

Dated: New York, New York
       February 20, 2009

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.