```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ML PRIVATE FINANCE L.L.C.,                :        08 Civ. 11187 (SHS)

                  Plaintiff,          :

        -against-                                :        ORDER

HALSEY MCLEAN MINOR, *ET AL.*,            :

                  Defendants.        :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      A pretrial conference having been held today, with counsel for all parties appearing in person or by telephone,

      IT IS HEREBY ORDERED that, on the basis of the submissions made by the parties prior to the conference today, defendant Halsey McLean Minor is directed not to threaten, harass, or intimidate any ML Private Finance L.L.C., Merrill Lynch, or Bank of America personnel who were involved in negotiating or collecting any loan involved in this litigation, including, but not limited to, any individual who has submitted an affidavit in this action.

Dated: New York, New York
       August 10, 2009

                                          SO ORDERED:

                                          Sidney H. Stein, U.S.D.J.